UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KELLY BROWN,

                Plaintiff,

   -v-                                               11-CV-1522

CAROLYN W. COLVIN, Commissioner of
Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

LACHMAN & GORTON               PETER A. GORTON, ESQ.
Attorneys for Plaintiff
P.O. Box 89
1500 East Main Street
Endicott, NY

OFFICE OF REGIONAL GENERAL     DAVID L. BROWN, ESQ.
   COUNSEL
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Plaintiff Kelly Brown filed this action seeking judicial review of the unfavorable portion

of the Commissioner's decision which denied her some benefits under the Social Security

Act. By Report-Recommendation dated March 6, 2013, the Honorable Victor E. Bianchini,

United States Magistrate Judge, recommended that the Commissioner's motion for judgment on the pleadings be denied, plaintiff's motion be granted, and the case remanded for further proceedings. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. Plaintiff's motion for judgment on the pleadings is GRANTED; and

2. The Commissioner's decision is VACATED and the matter REMANDED for further consideration consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 8, 2013
        Utica, New York.